# TxDOT Index of the Administrative Record
# I-35 Capital Express - North Project

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| N-1 | ARN.1-ARN.47 | 9/24/2014 | Document | Robert Huch - Hicks & Co. | N/A | TxDOT ECOS | Geologic Assessment - Round Rock, Williamson County |
| N-2 | ARN.48-ARN.53 | 9/21/2015 | Paper | Casey Carlton - TxDOT GEC | N/A | TxDOT | I-35 Future Transportation Corridor Planning and Environmental Linkages - segments of independent utility summary |
| N-3 | ARN.54-ARN.160 | 8/22/2016 | Document | TxDOT | N/A | TxDOT ECOS | Documentation of Public Meeting held August 22, 2016 |
| N-4 | ARN.161-ARN.271 | 2/2/2017 | Document | TxDOT | N/A | TxDOT ECOS | Documentation of Open House #2 held February 2, 2017 |
| N-5 | ARN.272-ARN.276 | 4/8/2019 | Memo | Ryan Ingram - TxDOT GEC | N/A | TxDOT | Capital Express Segments of Independent Utility Discussion |
| N-6 | ARN.277-ARN.516 | 10/24/2019 | Document | TxDOT | N/A | TxDOT ECOS | Documentation of Public Meeting held October 24, 2019 |
| N-7 | ARN.517-ARN.520 | 10/25/2019 | Document | Ryan Ingram - TxDOT GEC | N/A | TxDOT ECOS | Historical Studies Project Coordination Request **A/E:** Historical Studies Project Coordination Request Attachments |
| N-8 | ARN.521-ARN.562 | 10/25/2019 | Document | Grant Statton - TxDOT GEC | N/A | TxDOT ECOS | Historical Studies Project Coordination Request Attachments |
| N-9 | ARN.563-ARN.597 | 3/27/2020 | Document | Tori Raines - CP&Y | N/A | TxDOT ECOS | Historical Studies Research Design |
| N-10 | ARN.598-ARN.599 | 3/30/2020 | Document | Melissa Cross - CP&Y | N/A | TxDOT ECOS | Species Analysis Form |
| N-11 | ARN.600-ARN.604 | 5/5/2020 | Document | Melissa Cross - CP&Y, Ryan Ingram - TxDOT-GEC | N/A | TxDOT ECOS | Tier I Site Assessment **A/E:** EMST, Photo Log, Element Occurrence Record, Travis and Williamson County Lists of Rare Species, USFWS T&E Species |
| N-12 | ARN.605-ARN.605 | 5/5/2020 | Document | Joshua Geyer - CP&Y | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Ecological Mapping Systems of Texas Data - Capital Express North, Travis and Williamson County spreadsheet |
| N-13 | ARN.606-ARN.612 | 5/5/2020 | Document | Jackson Grimes - CP&Y | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Photo Log Attachment |
| N-14 | ARN.613-ARN.721 | 5/5/2020 | Document | TPWD | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Texas Natural Diversity Database - Element Occurrence Record |
| N-15 | ARN.722-ARN.741 | 5/5/2020 | Document | TPWD | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Texas Parks & Wildlife Department - Annotated Travis County Lists of Rare Species |
| N-16 | ARN.742-ARN.755 | 5/5/2020 | Document | N/A | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Texas Parks & Wildlife Department - Annotated Williamson County Lists of Rare Species |
| N-17 | ARN.756-ARN.764 | 5/5/2020 | Letter | U.S. Fish and Wildlife Service | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - USFWS updated list of threatened and endangered species that may occur in your proposed project location |
| N-18 | ARN.765-ARN.770 | 5/6/2020 | Document | Melissa Cross - CP&Y | N/A | TxDOT ECOS | Surface Water Analysis Form |

**\*Note: To, CC, and Attachments will be listed if applicable**          **Index of I-35 Capital Express - North Project Administrative Record**

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| N-19 | ARN.771-ARN.789 | 5/21/2020 | Document | Chelsea Miller - CP&Y | N/A | TxDOT ECOS | Hazardous Materials Initial Site Assessment<br>A/E: Attachment A - Project Exhibits Attachment B - Aerial Imagery Attachment C - GeoSearch Radius Report Attachment D - TRRC Public GIS Viewer Map Attachment E - CAPCOG CLI Site Information Attachment F - Site Photographs Attachment G - Project Schematic Attachment H - Geotechnical Soil Report |
| N-20 | ARN.790-ARN.801 | 5/21/2020 | Map/ Graphic | CP&Y | N/A | TxDOT ECOS | Hazardous Materials Initial Site Assessment Attachment A - Project Exhibits |
| N-21 | ARN.802-ARN.838 | 5/21/2020 | Document | GeoSearch | CP&Y | TxDOT ECOS | Hazardous Materials Initial Site Assessment Attachment B - Aerial Imagery |
| N-22 | ARN.839-ARN.2664 | 5/21/2020 | Document | GeoSearch | CP&Y | TxDOT ECOS | Hazardous Materials Initial Site Assessment Attachment C - GeoSearch Radius Report |
| N-23 | ARN.2665-ARN.2668 | 5/21/2020 | Map/ Graphic | TRRC | N/A | TxDOT ECOS | Hazardous Materials Initial Site Assessment Attachment D - TRRC Public GIS Viewer Map |
| N-24 | ARN.2669-ARN.2682 | 5/21/2020 | Document | CAPCOG | N/A | TxDOT ECOS | Hazardous Materials Initial Site Assessment Attachment E - CAPCOG CLI Site Information |
| N-25 | ARN.2683-ARN.2699 | 5/21/2020 | Map/ Graphic | Kiana Afkami - CP&Y | N/A | TxDOT ECOS | Hazardous Materials Initial Site Assessment Attachment F - Site Photographs |
| N-26 | ARN.2700-ARN.2706 | 5/21/2020 | Map/ Graphic | CP&Y | N/A | TxDOT ECOS | Hazardous Materials Initial Site Assessment Attachment G - Project Schematic |
| N-27 | ARN.2707-ARN.2733 | 5/21/2020 | Document | Steven Johnson - Holt | Samuel Shorter - RPS Group | TxDOT ECOS | Hazardous Materials Initial Site Assessment Attachment H - Geotechnical Soil Report |
| N-28 | ARN.2734-ARN.2735 | 11/10/2020 | Document | CP&Y | N/A | TxDOT ECOS | Risk Assessment for Cumulative Impacts |
| N-29 | ARN.2736-ARN.2738 | 11/16/2020 | E-mail | Darren Dodson - CP&Y | Andrew Cooper - TxDOT GEC | TxDOT ECOS | Risk Assessment for Cumulative Impacts rationale |
| N-30 | ARN.2739-ARN.2863 | 11/25/2020 | Document | Tori Raines - CP&Y | N/A | TxDOT ECOS | Historical Resources Survey Report |
| N-31 | ARN.2864-ARN.2866 | 12/12/2020 | Memo | Sonya Hernandez - TxDOT | Project File | TxDOT ECOS | I-35 Capital Express North Project Design Changes effect to waters |
| N-32 | ARN.2867-ARN.2914 | 12/14/2020 | N/A | Christina Nielsen - SWCA, Jessica Ulmer - SWCA | N/A | TxDOT ECOS | Archeological Background Study |
| N-33 | ARN.2915-ARN.3015 | 12/14/2020 | Document | Scott Stegmann - CP&Y | N/A | TxDOT ECOS | Traffic Noise Technical Report |
| N-34 | ARN.3016-ARN.3038 | 12/16/2020 | Memo | Sonya Hernandez - TXDOT | N/A | TxDOT ECOS | I-35 Capital Express North Project Design Changes - Community Impacts Assessment |
| N-35 | ARN.3039-ARN.3052 | 12/17/2020 | Memo | Sonya Hernandez - TxDOT | N/A | TxDOT ECOS | I-35 Capital Express North Project Design Changes - Hazardous Materials Initial Site Assessment<br>A/E: Attachment A - Maps (included), Attachment B - Photos, Attachment C - Radius Report |
| N-36 | ARN.3053-ARN.3053 | 12/17/2020 | Map/ Graphic | CP&Y | N/A | TxDOT ECOS | Hazardous Materials Initial Site Assessment Attachment B - Hazmat Photos |

*Note: To, CC, and Attachments will be listed if applicable

Index of I-35 Capital Express - North Project Administrative Record

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| N-37 | ARN.3054-ARN.4901 | 12/17/2020 | Document | GeoSearch | CP&Y | TxDOT ECOS | Hazardous Materials Initial Site Assessment Attachment C - Radius Report |
| N-38 | ARN.4902-ARN.4942 | 12/28/2020 | Document | TxDOT | N/A | TxDOT ECOS | Carbon Monoxide Traffic Air Quality Analysis Technical Report |
| N-39 | ARN.4943-ARN.4944 | 12/29/2020 | E-mail | Larry McGinnis - Travis County Historical Commission | Rebekah Dobrasko - TxDOT | TxDOT ECOS | Coordination with Travis County Historical Commission CC: Bob Ward, Richard Denney - Travis County Historical Commission, Laura Cruzada - TxDOT |
| N-40 | ARN.4945-ARN.4947 | 1/11/2021 | Meeting Materials | Sonya Hernandez - TxDOT (Facilitator) | Gregory Montes - COA, Ricardo Soliz - COA, Justin Stewart- COA, Scott Grantham - COA, Randy Scott - COA, Shirley Nichols - TxDOT, Travis Falls - Volkert, Darren Dodson – CP&Y, Anthony Serda – CP&Y, Andrew Cooper – TxDOT GEC, Tricia Bruck-Hoyt – TxDOT GEC, Tony Estes – TxDOT GEC, Kusay Ali – TxDOT GEC, Mike Lee – TxDOT GEC | TxDOT ECOS | I-35 Capital Express North and Upper Little Walnut Creek Greenbelt - Meeting Summary |
| N-41 | ARN.4948-ARN.4952 | 1/12/2021 | Memo | Rebekah Dobrasko - TxDOT | Administrative File | TxDOT ECOS | Internal review of Section 106 Programmatic Agreement and Memorandum of Understanding with Texas Historical Commission |
| N-42 | ARN.4953-ARN.4982 | 1/14/2021 | Document | Melissa Cross - CP&Y, Andrew Cooper - TxDOT-GEC | N/A | TxDOT ECOS | Species Analysis Spreadsheet |
| N-43 | ARN.4983-ARN.4983 | 1/20/2021 | E-mail | Nicolle Kord - TxDOT | TxDOT ECOS | TxDOT ECOS | Review Cumulative Impacts Analysis |
| N-44 | ARN.4984-ARN.5060 | 1/25/2021 | Document | TxDOT | N/A | TxDOT ECOS | Quantitative Mobile Source Air Toxics Technical Report |
| N-45 | ARN.5061-ARN.5066 | 1/26/2021 | Document | Melissa Cross - CP&Y | N/A | TxDOT ECOS | Tier I Site Assessment |
| N-46 | ARN.5067-ARN.5118 | 1/26/2021 | Map/ Graphic | CP&Y | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Maps and Figures Attachment |
| N-47 | ARN.5119-ARN.5125 | 1/26/2021 | Map/ Graphic | Jackson Grimes - CP&Y | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Photo Log |
| N-48 | ARN.5126-ARN.5221 | 1/26/2021 | Document | TPWD | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Texas Natural Diversity Database - Element Occurrence Record |
| N-49 | ARN.5222-ARN.5229 | 1/26/2021 | Letter | U.S. Fish and Wildlife Service | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - USFWS list of threatened and endangered species that may occur in your proposed project location |
| N-50 | ARN.5230-ARN.5231 | 1/27/2021 | Document | Melissa Cross - CP&Y | N/A | TxDOT ECOS | Species Analysis Form |
| N-51 | ARN.5232-ARN.5233 | 2/3/2021 | E-mail | Laura Cruzada - TxDOT | Bob Ward - Travis County Historical Commission, Eloise Brackenridge - Williamson County Historical Commission | TxDOT ECOS | Section 106 Consultation Request CC: Eric Oksanen - TxDOT |

*Note: To, CC, and Attachments will be listed if applicable    Index of I-35 Capital Express - North Project Administrative Record

November 10, 2022    Page 3 of 5

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| N-52 | ARN.5234-ARN.5237 | 2/3/2021 | E-mail | Laura Cruzada - TxDOT | mattocknie@kiowatribe.org, holly@mathpo.org, dhill@caddo.xyz, caddochair.cn@gmail.com, Franks.D@sno-nsn.gov, lbrown@tonkawatribe.com, mallen@tonkawatribe.com, Celestine.bryant@actribe.org, alec.tobine@actribe.org, epa4apachetribeok@gmail.com, martinac@comanchenation.com, theodorev@comanchenation.com, tonya@shawnee-tribe.com, Gary.McAdams@wichitatribe.com, Terri.Parton@wichitatribe.com, Jacey Lamar, Mary.botone@wichitatribe.com, epaden@delawarenation-nsn.gov | TxDOT ECOS | Section 106 Consultation Request and one response on 2/23/2021 from Theodore Villicana - Comanche Nation **CC:** Eric Oksanen - TxDOT |
| N-53 | ARN.5238-ARN.5318 | 2/25/2021 | Document | Leigh Raderschadt - CP&Y | N/A | TxDOT ECOS | Community Impacts Assessment Technical Report Form |
| N-54 | ARN.5319-ARN.5321 | 3/19/2021 | Document | CAMPO | N/A | TxDOT ECOS | Excerpt from the Transportation Improvement Program 2021 – 2024 |
| N-55 | ARN.5322-ARN.5529 | 4/19/2021 | Document | TxDOT | N/A | TxDOT ECOS | Draft Environmental Assessment |
| N-56 | ARN.5530-ARN.5538 | 4/29/2021 | E-mail | Suzanne Walsh - TPWD | Tricia Bruck-Hoyt - TxDOT GEC | TxDOT ECOS | Response Tier I Site Assessment form review early coordination **CC:** Andrew Blair, Dennis Palafox, Tracy White, Sonya Hernandez - TXDOT Andrew Cooper, Angela McMurray - TxDOT GEC |
| N-57 | ARN.5539-ARN.5586 | 5/5/2021 | Document | John D. Brusenhan, Michael F. Marcon - InControl Technologies | Jay Carsten - TxDOT | TxDOT ECOS | Hazardous Materials Environmental File Review and Letter Report |
| N-58 | ARN.5587-ARN.5899 | 5/10/2021 | Document | TxDOT | N/A | TxDOT ECOS | Documentation of Public Hearing held virtually from May 10, 2021 through June 10, 2021 and an in-person option on May 10, 2021 |
| N-59 | ARN.5900-ARN.5907 | 5/27/2021 | Letter | U.S. Fish and Wildlife Service | N/A | TxDOT ECOS | USFWS updated list of threatened and endangered species that may occur in your proposed project location or may be affected by your proposed project |
| N-60 | ARN.5908-ARN.5908 | 6/3/2021 | Letter | TCEQ | TxDOT | TxDOT ECOS | Response to Request for TCEQ Environmental Review of the Draft Environmental Assessment |
| N-61 | ARN.5909-ARN.5920 | 6/9/2021 | Memo | TxDOT | N/A | TxDOT ECOS | Hazardous Materials Initial Site Assessment Update Memo |
| N-62 | ARN.5921-ARN.6023 | 6/18/2021 | Document | Scott Stegmann - CP&Y | N/A | TxDOT ECOS | Traffic Noise Technical Report |
| N-63 | ARN.6024-ARN.6027 | 8/5/2021 | Letter | Sonya Hernandez - TxDOT | Kimberly McNeeley - Austin Parks and Recreation Department | TxDOT ECOS | Notification of Intent to Pursue De Minimis to Section 4(F) (23 CFR 774.3(b)) |
| N-64 | ARN.6028-ARN.6049 | 8/5/2021 | Document | TxDOT | N/A | TxDOT ECOS | Parks and Wildlife Code, Chapter 26 Compliance Checklist - Upper Little Walnut Creek Greenbelt |
| N-65 | ARN.6050-ARN.6057 | 9/28/2021 | Letter | U.S. Fish and Wildlife Service | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Updated list of threatened and endangered species that may occur in your proposed project location |

**\*Note: To, CC, and Attachments will be listed if applicable**      **Index of I-35 Capital Express - North Project Administrative Record**

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| N-66 | ARN.6058-ARN.6060 | 10/6/2021 | Document | TPWD | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Texas Natural Diversity Database - Element Occurrence |
| N-67 | ARN.6061-ARN.6087 | 10/27/2021 | Document | Melissa Cross - CP&Y, Andrew Cooper, Angela McMurray - TxDOT GEC | N/A | TxDOT ECOS | Species Analysis Spreadsheet |
| N-68 | ARN.6088-ARN.6090 | 11/3/2021 | Document | Nick Wallisch - Blanton | N/A | TxDOT ECOS | Species Analysis Form |
| N-69 | ARN.6091-ARN.6092 | 11/3/2021 | Data/ Statistics | Nick Wallisch - Blanton | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Ecological Mapping Systems of Texas Vegetation Type Data |
| N-70 | ARN.6093-ARN.6113 | 11/3/2021 | Map/ Graphic | Michelle Jasper - Blanton | N/A | TxDOT ECOS | Tier I Site Assessment Attachment - Maps and Figures |
| N-71 | ARN.6114-ARN.6131 | 11/12/2021 | Document | TxDOT | N/A | TxDOT ECOS | Checklist for Section 4(f) De Minimis for Public Parks, Recreation Lands, Wildlife & Waterfowl Refuges, and Historic Properties |
| N-72 | ARN.6132-ARN.6133 | 11/21/2021 | Document | Darren Dodson - CP&Y | N/A | TxDOT ECOS | Documentation of Texas Parks and Wildlife Department Best Management Practices Form |
| N-73 | ARN.6134-ARN.6267 | 11/29/2021 | Memo | Travis Falls - Volkert | Jesse Bullard - TxDOT, Kusay Ali - TxDOT GEC | TxDOT ECOS | Mobility 35 Capital Express North Noise Barrier Constructability Assessment |
| N-74 | ARN.6268-ARN.6578 | 12/15/2021 | Document | TxDOT | N/A | TxDOT ECOS | Final Environmental Assessment |
| N-75 | ARN.6579-ARN.6587 | 12/17/2021 | Document | Doug Booher - TxDOT Environmental Affairs Division Director | N/A | TxDOT ECOS | Finding of No Significant Impact for a FHWA Project **A/E:** 2021-2024 Statewide Transportation Improvement Program |
| N-76 | ARN.6588-ARN.6591 | 1/28/2022 | Notice | Federal Register | N/A | TxDOT ECOS | Federal Register, Volume 87, Number 19 - January 28, 2022 - Notice of limitation on claims for judicial review of actions by TxDOT and Federal agencies. |

*Note: To, CC, and Attachments will be listed if applicable                                    Index of I-35 Capital Express - North Project Administrative Record

November 10, 2022                                                                                                                                           Page 5 of 5