# TxDOT Index of the Administrative Record
## I-35 Capital Express - South Project

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| S-1 | ARS.1-ARS.6 | 9/21/2015 | Paper | Casey Carlton - TxDOT GEC | N/A | TxDOT | I-35 Future Transportation Corridor Planning and Environmental Linkages - segments of independent utility summary |
| S-2 | ARS.7-ARS.11 | 4/8/2019 | Memo | Ryan Ingram TxDOT GEC | N/A | TxDOT | Capital Express Segments of Independent Utility Discussion |
| S-3 | ARS.12-ARS.233 | 10/17/2019 | Document | TxDOT | N/A | TxDOT ECOS | Documentation of Public Meeting held on October 17, 2019 |
| S-4 | ARS.234-ARS.239 | 4/13/2020 | Document | Ryan Ingram | N/A | TxDOT ECOS | Historical Studies Project Coordination Request |
| S-5 | ARS.240-ARS.254 | 4/13/2020 | Document | Ryan Ingram | N/A | TxDOT ECOS | Historical Studies Project Coordination Request Attachments |
| S-6 | ARS.255-ARS.257 | 5/11/2020 | E-mail | Tamara Francis - Chairman, Caddo Nation of Oklahoma | Laura Cruzada - TxDOT | TxDOT ECOS | Response to Section 106 Consultation Request |
| S-7 | ARS.258-ARS.261 | 8/12/2020 | E-mail | Andre Betit - Travis County TNR Road and Bridge | Alexander K. Amponsah - Atkins | TxDOT ECOS | Response to Mobility 35 Capital Express South Indirect Impacts Questionnaire **CC:** Morgan Cotten - Travis County, Cynthia McDonald - Travis County, Anna Bowlin - Travis County, Scheleen Walker - Travis County |
| S-8 | ARS.262-ARS.284 | 9/15/2020 | Document | M. Kelley Russell - Atkins | N/A | TxDOT ECOS | Historical Studies Research Design |
| S-9 | ARS.285-ARS.290 | 10/1/2020 | Document | Anastasia Mogilevski - Atkins | TxDOT | TxDOT ECOS | Surface Water Analysis Form |
| S-10 | ARS.291-ARS.344 | 10/1/2020 | Document | TxDOT | N/A | TxDOT ECOS | Waters of the U.S. Delineation Report |
| S-11 | ARS.345-ARS.355 | 10/11/2020 | Letter | Katherine Turner-Pearson - Atkins | TxDOT-ENV | TxDOT ECOS | Letter memo about additional area of potential effect for archaeology |
| S-12 | ARS.356-ARS.1353 | 11/30/2020 | Document | Kathryn Saucier - Atkins | TxDOT | TxDOT ECOS | Hazardous Materials Initial Site Assessment |
| S-13 | ARS.1354-ARS.1837 | 12/3/2020 | Document | TxDOT | N/A | TxDOT ECOS | Documentation of Virtual Stakeholder Meeting held December 3, 2020 to December 18, 2020 |
| S-14 | ARS.1838-ARS.1889 | 12/4/2020 | Document | M. Kelley Russell - Atkins | N/A | TxDOT ECOS | Historical Resources Survey Report - Reconnaissance Survey |
| S-15 | ARS.1890-ARS.1894 | 1/7/2021 | E-mail | Alexander K. Amponsah - Atkins | Tricia Bruck-Hoyt - TxDOT GEC, Sonya Hernandez - TxDOT | TxDOT ECOS | Mobility 35 Capital Express South Indirect Impacts Questionnaire **CC:** Andrew Cooper - TxDOT GEC **A/E:** Capital Express South Indirect Study Area.pdf I35_CapExpS_Questionnaire_Recipients.xlsx |
| S-16 | ARS.1895-ARS.1992 | 1/8/2021 | Document | TxDOT | N/A | TxDOT ECOS | Community Impacts Assessment Technical Report Form |
| S-17 | ARS.1993-ARS.1994 | 1/22/2021 | Document | Anastasia Mogilevski - Atkins | TxDOT | TxDOT ECOS | Species Analysis Form |

**\*Note: To, CC, and Attachments will be listed if applicable**     **Index of I-35 Capital Express - South Project Administrative Record**

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| S-18 | ARS.1995-ARS.2000 | 1/22/2021 | Document | Anastasia Mogilevski - Atkins | TxDOT | TxDOT ECOS | Species Tier I Site Assessment<br>A/E: Ecological Mapping Systems of Texas spreadsheet Representative Site Photographs Maps Species Analysis Spreadsheet USFWS T&E List |
| S-19 | ARS.2001-ARS.2001 | 1/22/2021 | Data/ Statistics | Atkins | TxDOT | TxDOT ECOS | Species Tier I Site Assessment Attachment - Capital Express South - Ecological Mapping Systems of Texas spreadsheet |
| S-20 | ARS.2002-ARS.2004 | 1/22/2021 | Map/ Graphic | Atkins | TxDOT | TxDOT ECOS | Species Tier I Site Assessment Attachment - Representative Site Photographs - July 2019 |
| S-21 | ARS.2005-ARS.2023 | 1/22/2021 | Map/ Graphic | Atkins | TxDOT | TxDOT ECOS | Species Tier I Site Assessment Attachment - Site Location, Ecoregions, EMST Mapped, EMST Observed, and TPWD NDD Maps |
| S-22 | ARS.2024-ARS.2038 | 1/22/2021 | Document | Anastasia Mogilevski - Atkins | TxDOT | TxDOT ECOS | Species Tier I Site Assessment Attachment - Species Analysis Spreadsheet |
| S-23 | ARS.2039-ARS.2048 | 1/22/2021 | Letter | U.S. Fish and Wildlife Service | TxDOT | TxDOT ECOS | Species Tier I Site Assessment Attachment - Updated list of threatened and endangered species that may occur in your proposed project location |
| S-24 | ARS.2049-ARS.2050 | 2/3/2021 | E-mail | Laura Cruzada - TxDOT | Bob Ward - THC | TxDOT ECOS | Section 106 Consultation Request<br>CC: Eric Oksanen - TxDOT |
| S-25 | ARS.2051-ARS.2052 | 2/3/2021 | E-mail | Laura Cruzada-TxDOT | mattocknie@kiowatribe.org; holly@mathpo.org; dhill@caddo.xyz; caddochair.cn@gmail.com; Franks.D@snonsn.gov; lbrown@tonkawatribe.com; mallen@tonkawatribe.com; Celestine.bryant@actribe.org; alec.tobine@actribe.org; epa4apachetribeok@gmail.com; martinac@comanchenation.com; theodorev@comanchenation.com; tonya@shawnee-tribe.com | TxDOT ECOS | TxDOT Section 106 Consultation Request<br>CC: Eric Oksanen-TxDOT |
| S-26 | ARS.2053-ARS.2126 | 3/10/2021 | Document | TxDOT | N/A | TxDOT ECOS | Carbon Monoxide Traffic Air Quality Analysis Technical Report |
| S-27 | ARS.2127-ARS.2188 | 3/10/2021 | Document | TxDOT | N/A | TxDOT ECOS | Mobile Source Air Toxics Quantitative Analysis Technical Report |
| S-28 | ARS.2189-ARS.2288 | 3/19/2021 | Document | TxDOT | N/A | TxDOT ECOS | Community Impacts Assessment Technical Report |
| S-29 | ARS.2289-ARS.2312 | 3/19/2021 | Document | TxDOT | N/A | TxDOT ECOS | Traffic Noise Analysis Technical Report |
| S-30 | ARS.2313-ARS.2314 | 3/22/2021 | Document | Hannah Minderhout - TxDOT GEC | NRCS | TxDOT ECOS | Farmland Conversion Impact Rating for Corridor Type Projects Form |
| S-31 | ARS.2315-ARS.2614 | 3/29/2021 | Document | TxDOT | N/A | TxDOT ECOS | Draft Environmental Assessment |
| S-32 | ARS.2615-ARS.2644 | 4/13/2021 | Document | University of Texas at Austin - Center for Transportation Research | N/A | TxDOT | I-35 Capital Express - South environmental justice assessment |

*Note: To, CC, and Attachments will be listed if applicable       Index of I-35 Capital Express - South Project Administrative Record

November 10, 2022                                                                                                                    Page 2 of 4

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| S-33 | ARS.2645-ARS.2652 | 4/13/2021 | Document | University of Texas at Austin - Center for Transportation Research | N/A | TxDOT | I-35 Capital Express - South traffic operational analysis from Ben White Interchange to William Cannon intersection |
| S-34 | ARS.2653-ARS.2665 | 4/13/2021 | Document | University of Texas at Austin - Center for Transportation Research | N/A | TxDOT | I-35 Capital Express South - Traffic Safety Evaluation |
| S-35 | ARS.2666-ARS.2970 | 4/27/2021 | Document | TxDOT | N/A | TxDOT ECOS | Documentation of Public Hearing held virtually from April 27, 2021 - May 26, 2021 with an in-person option on April 27, 2021 |
| S-36 | ARS.2971-ARS.2980 | 5/7/2021 | E-mail | Suzanne Walsh - TPWD | Tricia Bruck-Hoyt - TxDOT GEC | TxDOT ECOS | Tier I Site Assessment review by TPWD CC: Andrew Cooper; Dennis Palafox; Tracy White; Andrew Blair; Angela McMurray; Sonya Hernandez |
| S-37 | ARS.2981-ARS.2988 | 5/26/2021 | Letter | U.S. Fish and Wildlife Service | TxDOT | TxDOT ECOS | Updated list of threatened and endangered species that may occur in your proposed project location A/E: Official Species List |
| S-38 | ARS.2989-ARS.3008 | 6/11/2021 | Memo | TxDOT | N/A | TxDOT ECOS | Hazardous Materials Initial Site Assessment (ISA) Update Memo |
| S-39 | ARS.3009-ARS.3009 | 7/2/2021 | Letter | TCEQ | TxDOT | TxDOT ECOS | Response to Request for TCEQ Environmental Review |
| S-40 | ARS.3010-ARS.3121 | 7/22/2021 | Document | TxDOT | N/A | TxDOT ECOS | Traffic Noise Analysis Technical Report |
| S-41 | ARS.3122-ARS.3125 | 10/1/2021 | Document | CAMPO | N/A | TxDOT ECOS | Transportation Improvement Program 2021-2024 - Except Capital Express-South |
| S-42 | ARS.3126-ARS.3162 | 10/21/2021 | Document | Anastasia Mogilevski - Atkins and Angela McMurray - TxDOT GEC | N/A | TxDOT ECOS | Species Analysis Spreadsheet |
| S-43 | ARS.3163-ARS.3170 | 11/2/2021 | Letter | U.S. Fish and Wildlife Service | N/A | TxDOT ECOS | Species Analysis Spreadsheet - USFWS Updated list of threatened and endangered species that may occur in your proposed project location A/E: Official Species List |
| S-44 | ARS.3171-ARS.3172 | 11/2/2021 | Document | Angela McMurray - TxDOT GEC | N/A | TxDOT ECOS | Documentation of Texas Parks and Wildlife Department Best Management Practices Form |
| S-45 | ARS.3173-ARS.3193 | 11/15/2021 | Document | Eric Oksanen - TxDOT | N/A | TxDOT ECOS | Archeological Background Study |
| S-46 | ARS.3194-ARS.3221 | 11/24/2021 | Memo | Wade Lansdell Strong - CP&Y | Jesse Bullard - TxDOT | TxDOT ECOS | Mobility 35 Capital Express South Noise Barrier Constructability Assessment CC: Wally Elmasri - TxDOT GEC |
| S-47 | ARS.3222-ARS.3222 | 12/2/2021 | Memo | Angela McMurray-TxDOT GEC | Clover Clamons, Andy Blair, Tracy White - TxDOT | TxDOT ECOS | Reasonable Assurance Memo for Potential Impacts to Mussels in Onion Creek |
| S-48 | ARS.3223-ARS.3609 | 12/21/2021 | Document | TxDOT | N/A | TxDOT ECOS | Final Environmental Assessment |
| S-49 | ARS.3610-ARS.3618 | 12/21/2021 | Document | Doug Booher - TxDOT Environmental Affairs Division Director | N/A | TxDOT | Finding of No Significant Impact for a FHWA Project |
| S-50 | ARS.3619-ARS.3619 | 12/21/2021 | Notice | TxDOT | N/A | TxDOT ECOS | Notice Finding of No Significant Impact Available for Public Review |

*Note: To, CC, and Attachments will be listed if applicable

Index of I-35 Capital Express - South Project Administrative Record

| Doc No. | Admin Rec No. | Doc Date | Doc Type | From/ Author(s) | To/* With | Source | Description CC:* Attachments/Enclosures (A/E)* |
|---|---|---|---|---|---|---|---|
| S-51 | ARS.3620-ARS.3621 | 1/25/2022 | E-mail | Theodore Villicana - Comanche Nation | Sonya Hernandez - TxDOT | TxDOT ECOS | Tribal Section 106 Consultation Response **A/E:** I-35 Capital Express South Project TX.docx |
| S-52 | ARS.3622-ARS.3625 | 1/28/2022 | Notice | Federal Register | N/A | TxDOT ECOS | Federal Register - Volume 87, Number 19 - 23 U.S.C. 139(l) |

**\*Note: To, CC, and Attachments will be listed if applicable**          **Index of I-35 Capital Express - South Project Administrative Record**

November 10, 2022                                                                                                                                   Page 4 of 4