**FILED**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

APR 2 6 2023

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

RETHINK35, TEXAS PUBLIC
INTEREST RESEARCH GROUP,
AND ENVIRONMENT TEXAS, Plaintiffs

Case No.  1:22-CV-00620-LY

-vs-

TEXAS DEPARTMENT OF
TRANSPORTATION; AND MARC D.
WILLIAMS, Defendants.

## O R D E R

BE IT REMEMBERED on this the _26th_ day of _April_, 20_23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ___Catherine R. Fuller___ ("Applicant"), counsel for ___Defendants___ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ___Defendants___ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _26th_ day of _April_ 20_23_.

_____
UNITED STATES DISTRICT JUDGE