IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RETHINK35, TEXAS PUBLIC INTEREST RESEARCH GROUP, AND ENVIRONMENT TEXAS,<br>*Plaintiffs*,<br><br>v.<br><br>TEXAS DEPARTMENT OF TRANSPORTATION; AND MARC D. WILLIAMS, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF TRANSPORTATION,<br>*Defendants*. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:22-cv-00620-DAE |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

SIGNED this 20th day of June, 2023.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE